EXHIBIT "A"

**STATE OF MISSISSIPPI**
**COUNTY OF MADISON**

John S. Graham, being duly sworn, deposed and says:

1. That he is an attorney of record for the Plaintiff, Nationwide Mutual Insurance Company, and has personal knowledge of the facts set forth in this Affidavit.

2. That Defendant, Misty McGuire, ("Defendant McGuire") was duly served with a copy of Plaintiff's Complaint by service pursuant to Rule 4(h)(1)(B) of the Federal Rules of Civil Procedure, on the 19th day of October, 2012.

3. That more than thirty (30) days have elapsed since the date on which said Defendant was served with a copy of the Complaint.

4. That Defendant McGuire has failed to answer or otherwise defend as to Plaintiff's Complaint, or serve a copy of any answer or other defense which it might have upon the undersigned attorney of record for the Plaintiff.

5. That upon information and belief, Defendant McGuire is under no legal disability.

6. That this affidavit is executed by affiant herein in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, for the purpose of enabling the Plaintiff to obtain an Entry of Default against Defendant McGuire, for her failure to answer or otherwise defend as to the Plaintiff's Complaint.

_____
John S. Graham
Attorney for Nationwide Mutual Insurance Company

Sworn to and subscribed before me this 21st day of November, 2012.

_____
NOTARY PUBLIC

My Commission Expires:

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC, ID # 96826, LAUREN McCOY, Commission Expires Aug. 17, 2014, RANKIN COUNTY]