IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

NATIONWIDE INSURANCE COMPANY                                          PLAINTIFF

V.                                                    CAUSE NO.: 1:12CV181-SA-DAS

LEXINGTON RELOCATION SERVICES, LLC;
GUM TREE PROPERTY MANAGEMENT, LLC;
THE SOUTHERN GROUP OF MISSISSIPPI, INC.;
WILSON COLEMAN; MISTY MCGUIRE; and
JOHN DOES 1-10                                                       DEFENDANTS

_____

GUM TREE PROPERTY MANAGEMENT, LLC;
THE SOUTHERN GROUP OF MISSISSIPPI, INC.; and
WILSON COLEMAN                                              COUNTER-PLAINTIFFS

V.

NATIONWIDE INSURANCE COMPANY                         COUNTER-DEFENDANT

_____

JUDGMENT

Pursuant to a Memorandum Opinion issued this day, Nationwide's Motion for Partial

Summary Judgment [51] and Motion for Partial Summary Judgment [151] are GRANTED.  The

Gum Tree Defendants' Motion for Summary Judgment [75] is DENIED.

The Court hereby enters judgment in favor of Nationwide Insurance Company and

against Gum Tree Property Management, LLC, The Southern Group of Mississippi, Inc., and

Wilson Coleman as to the primary declaratory action [1] as well as the countersuit [22].

SO ORDERED, this the 24th day of March, 2014.

                                        /s/ Sharion Aycock_____
                                        **U.S. DISTRICT JUDGE**