IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

GUM TREE PROPERTY MANAGEMENT. LLC;
THE SOUTHERN GROUP OF MISSISSIPPI, INC.;
and WILSON COLEMAN                                              THIRD-PARTY PLAINTIFFS

V.                                                              CAUSE NO.: 1:12CV181-SA-DAS

THE NOWELL AGENCY, INC.; and
GREG BOST                                                       THIRD-PARTY DEFENDANTS

JUDGMENT ON THIRD-PARTY CLAIM

Pursuant to a Memorandum Opinion entered this day, the Nowell Defendants' Motion for Summary Judgment [149] is granted. Judgment is hereby entered in favor of the Third Party Defendants.

As the Court has entered judgment on the primary claim, countersuit and third-party claim, all remaining motions are moot, and this case is CLOSED.

SO ORDERED, this the 24th day of March, 2014.

                                                               **/s/ Sharion Aycock**
                                                               **U.S. DISTRICT JUDGE**